UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
| TELEPHONE (✓) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL    ( ) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Thursday, July 5, 2007 @ 11:00 a.m.

CASE NUMBER: 3:CV-07-487

CAPTION:     Pocono Air v. Pocono Mountains Municipal Airport

COUNSEL FOR PLAINTIFF:            Paul A. Logan, Esquire

COUNSEL FOR DEFENDANT:            Zygmunt R. Bialkowski, Jr., Esquire

**CONFERENCE RESULTS:**

♦ Since both have agreed to mediation at some point, we will run discovery until September 30, 2007 hoping that they may at least be ready for mediation under our district's program;

♦ Thereafter, we can have a renewed scheduling conference if requested by counsel;

♦ We raised an 11th Amendment issue which may or may not be relevant.